

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

---

No. 08-25-00245-CR

---

Daniel Antonio Guevara, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the County Criminal Court No. 1
El Paso County, Texas
Trial Court No. 20250C04499

---

## MEMORANDUM OPINION

Appellant, Daniel Antonio Guevara, was convicted of the offense of assault causing bodily injury to a family member and sentenced to confinement in county jail for a period of 180 days. Tex. Penal Code Ann. § 22.01. Following his conviction, Guevara filed a notice of appeal and a motion for new trial, which the trial court granted.

Generally, courts of appeals have jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *See, e.g.*, *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961). When the trial court grants a motion for new trial, it restores the case

to its position before the former trial. Tex. R. App. P. 21.9(b). Because there is no final conviction, we lack jurisdiction over this appeal. *See, e.g.*, *Norris v. State*, No. 02-10-0014-CR, 2010 WL 1854138, at *1 (Tex. App.—Fort Worth May 6, 2010, no pet.) (mem. op., not designated for publication) (dismissing an appeal for lack of jurisdiction because no final, appealable judgment existed after the trial court granted a motion for new punishment hearing). We dismiss this appeal for want of jurisdiction, and we deny all pending motions as moot. Tex. R. App. P. 43.2(f).

MARIA SALAS MENDOZA, Chief Justice

January 9, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.